928 F.2d 395
 Gorman (Joseph), on Behalf of, Scranton Electric Construction Co., Inc.
v.
Richardson (Henry Ted, II, Nancy), Platt (Frederick J., III,
Joseph C., III), Richardson Construction Co., Rich-Mac,
Inc.; Gorman (Joseph R.), U.S. Bankruptcy Trustee, on Behalf
of, Scranton Electric Construction Co., Inc.
 NO. 90-5774
 United States Court of Appeals,
Third Circuit.
 FEB 28, 1991
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.